IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHUN YAO CHANG, Individually and :      CIVIL ACTION
on behalf of all others similarly situated :
    :      No. 24-6416
  v.     :
    :
CUSTOMERS BANCORP, INC., et al. :

## **ORDER**

AND NOW, this 4th day of March, 2025, following a teleconference with the parties, it is

ORDERED:

- Plaintiff Chun Yao Chang shall have until March 11, 2025 to file a letter brief of no more than five pages providing examples of cases in which courts have appointed individuals with losses similar to those alleged by Plaintiff as lead plaintiffs under the PSLRA.

- Defendants shall have until March 18, 2025 to file a responsive letter brief of no more than five pages.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.