IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUN YAO CHANG, Individually and on behalf of all others similarly situated | : : : | CIVIL ACTION |
| | : | No. 24-6416 |
| v. | : : | |
| CUSTOMERS BANCORP, INC., et al. | : | |

# **ORDER**

AND NOW, this 24th day of June, 2025, upon consideration of Plaintiff Chun Yao Chang's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF No. 4) and the parties' supplemental letter briefs regarding the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.