IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUN YAO CHANG, Individually and on behalf of all others similarly situated | : : : | CIVIL ACTION<br><br>No. 24-6416 |
| v. | : : | |
| CUSTOMERS BANCORP, INC., et al. | : | |

## **ORDER**

AND NOW, this 24th day of October, 2025, it is ORDERED a teleconference regarding the status of this case shall be held on October 30, 2025, at 11:00 a.m.  Dial-in information for the call will be circulated separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.