UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUN YAO CHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOMERS BANCORP, INC., JAY S. SIDHU, and CARLA A. LEIBOLD,<br><br>Defendants. | CASE No.: 2:24-cv-06416-JS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chun Yao Chang ("Plaintiff") hereby gives notice that he hereby voluntarily dismisses his case without prejudice against all Defendants. No Defendant has either answered the complaint or filed a motion for summary judgment in this case. Further, no class has been certified.

Dated: October 28, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Ian J. McDowell*
Ian J. McDowell, Esq. (PA ID: 334874)
Olivia D. Simkins, Esq.
Jacob A. Goldberg, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (212) 600-2817
Fax: (212) 202-3827
Email: imcdowell@rosenlegal.com
         osimkins@rosenlegal.com
         jgoldberg@rosenlegal.com

Phillip Kim (*pro hac vice*)

1

275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify und under penalty of perjury that on October 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated: October 28, 2025

<u>*/s/ Ian J. McDowell*</u>
Ian J. McDowell
